ACCEPTED
15-25-00015-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
3/27/2025 3:44 PM
CHRISTOPHER A. PRINE
CLERK

**No. 15-25-00015-CV**

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
3/27/2025 3:44:51 PM
CHRISTOPHER A. PRINE
Clerk

## IN THE COURT OF APPEALS
## FOR THE FIFTEENTH JUDICIAL DISTRICT OF TEXAS

**JAMIE SMITH, IN HIS OFFICIAL CAPACITY AS DISTRICT CLERK OF JEFFERSON COUNTY, TEXAS,**

**APPELLANT**

**v.**

**MEGAN LAVOIE, IN HER OFFICIAL CAPACITY AS ADMINISTRATIVE DIRECTOR TEXAS OFFICE OF COURT ADMINISTRATION,**

**APPELLEE**

On Appeal from the 455th Judicial District Court of
Travis County, Texas, Cause No. D-1-GN-24-005976

## APPELLANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE BRIEF

Quentin D. Price
Assistant District Attorney
State Bar No. 16303740
Quentin.Price@jeffersoncountytx.gov
1085 Pearl St., 3rd Floor
Beaumont, Texas 77701
(409) 835-8550- Telephone

ATTORNEY FOR APPELLANT
JAMIE SMITH, in his official capacity as
District Clerk of Jefferson County, Texas

1

TO THE HONORABLE COURT:

COMES NOW, APPELLANT, JAMIE SMITH, in his official capacity as District Clerk of Jefferson County, Texas, in the above-entitled and numbered cause, and makes this Unopposed Motion to Extend Time to File Appellant's Brief and would respectfully show the following:

## INTRODUCTION

1. Appellant is JAMIE SMITH, in his official capacity as District Clerk of Jefferson County, Texas; Appellee is MEGAN LAVOIE, in her official capacity as Administrative Director Texas Office of Court Administration.

2. There is no specific deadline to file this motion to extend time. *See* Tex.R.App.P.38.6(d).

3. The other parties are unopposed to this motion.

## ARGUMENT & AUTHORITIES

4. The Court has the authority under Texas Rule of Appellate Procedure 38.6(d) to extend the time to file a brief.

5. Appellant's brief is currently due on March 31, 2025.

6. Jamie Smith, in his official capacity as District Clerk of Jefferson County, Texas requests an additional 30 days to file his brief, extending the time until April 30, 2025.

7. No extension has been granted to extend the time to file Appellant's brief.

8. Counsel for Appellant had been preparing for an upcoming trial and attending the trial in an unrelated matter in the 136th Judicial District Court that began on March 17, 2025. Additionally, Counsel for Appellant has a regularly scheduled weekly hearing, other scheduled hearings in various cases that he has to prepare for, and handles all bail bond forfeiture cases for Jefferson County. Finally, Counsel for Appellant regularly answers legal questions from other offices in

Jefferson County that distracts from drafting the brief in question. Accordingly, Counsel for Appellant needs additional time to file his brief.

## CONCLUSION

9. Appellant, JAMIE SMITH, in his official capacity as District Clerk of Jefferson County, Texas, is requesting his first extension due to Appellant's counsel preparing for and attending trial and scheduled hearings in the State Court.

WHEREFORE, PREMISES CONSIDERED, Appellant prays that the Court grant this Unopposed Motion for Extension of Time to File Appellant's Brief until April 30, 2025.

Respectfully submitted

JEFFERSON COUNTY
DISTRICT ATTORNEYS OFFICE

By: */s/ Quentin D. Price*
Quentin D. Price
Assistant District Attorney
1085 Pearl St.
Beaumont, Texas 77701
(409) 835-8550
Texas Bar# 16303740
Quentin.Price@jeffersontexas.tx.gov

## Certificate of Conference

I hereby certify that I have contacted counsel for Appellant, Dustin Galmor, and he is unopposed to this request for an extension of time.

*/s/ Quentin D. Price*
Quentin D. Price

## Certificate of Service

I hereby certify that a true and correct copy of APPELLANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE BRIEF has been forwarded to all counsel of records by E-FILE system on this 27th day of March, 2025.

/s/ Quentin D. Price
QUENTIN D. PRICE

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Sandra Mott on behalf of Quentin Price
Bar No. 16303740
sandra.mott@jeffersoncountytx.gov
Envelope ID: 98982872
Filing Code Description: Motion
Filing Description: Appellant's Unopposed Motion for Extension of Time to File Brief
Status as of 3/27/2025 4:06 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Quentin D.Price | | Quentin.Price@jeffersoncountytx.gov | 3/27/2025 3:44:51 PM | SENT |
| Sandra Mott | | Sandra.Mott@jeffersoncountytx.gov | 3/27/2025 3:44:51 PM | SENT |
| William Farrell | | biff.farrell@oag.texas.gov | 3/27/2025 3:44:51 PM | SENT |
| Matthew Dow | | mdow@jw.com | 3/27/2025 3:44:51 PM | SENT |
| Nicole Myette | | nicole.myette@oag.texas.gov | 3/27/2025 3:44:51 PM | SENT |
| John Edwards | | jedwards@jw.com | 3/27/2025 3:44:51 PM | SENT |